EXHIBIT B

Bronson Law Offices PC
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 877-385-7793

Invoice submitted to:

Orlando Ivey
128 Saratoga Avenue
Yonkers, NY 10705

| | |
|---|---|
| Invoice # | **20093** |
| Invoice Date | **06/24/2015** |
| For Services Through | **06/24/2015** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Loan Modification (Service)** | | |
| 04/22/2013 | HBB | *Review*<br>Reviewed clerk's notes for rejection of quit claim deed from Carolyn Fulton to Orlando Ivey. called client to review ability to have Carolyn sign in Caribbean where she is living and have notarized | 0.80 at $ 350.00/hr | $ 280.00 |
| 05/19/2013 | HBB | *Loss Mitigation*<br>Filed Plan with Loss Mitigation Requested | 0.10 at $ 350.00/hr | $ 35.00 |
| 05/22/2013 | HBB | *Meeting*<br>Met with client to go over loss mitigation; need for prompt documentation; signed RMA and 4506 T | 1.10 at $ 350.00/hr | $ 385.00 |
| 06/20/2013 | CO | *Review*<br>Reviewed loss mitigation package from attorneys for HSBC, Fein Such and Crane; forwarded request for documents | 0.30 at $ 90.00/hr | $ 27.00 |
| 07/07/2013 | HBB | *Review*<br>Reviewed Loss Mitigation Package prepared by paralegal | 1.00 at $ 350.00/hr | $ 350.00 |
| 07/07/2013 | CO | *Loss Mitigation*<br>prepare and submitted loss mitigation package to HSBC attorneys- Fein Such and Crane | 1.60 at $ 90.00/hr | $ 144.00 |
| 07/31/2013 | HBB | *Hearing*<br>Preparation and appearance at Loss Mitigation and Confirmation Hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 08/07/2013 | CN | *Draft*<br>Draft deed and NYS transfer forms; draft Yonkers tax forms | 1.20 at $ 250.00/hr | $ 300.00 |
| 08/07/2013 | CO | *Documentation*<br>Quit Claim deed docs to Debtor | 0.10 at $ 90.00/hr | $ 9.00 |
| 11/04/2013 | CO | *Email*<br>Requested updated financials from Debtor via email | 0.16 at $ 90.00/hr | $ 14.40 |
| 11/07/2013 | CO | *Loss Mitigation*<br>prepared and Submitted new RMA and updated paystubs to HSBC attorneys | 0.75 at $ 90.00/hr | $ 67.50 |
| 11/13/2013 | CO | *Documentation*<br>Quit Claim deed docs to Debtor | 0.10 at $ 90.00/hr | $ 9.00 |
| 11/19/2013 | CN | *Draft*<br>File adjournment letter | 0.10 at $ 250.00/hr | $ 25.00 |
| 11/19/2013 | CO | *Loss Mitigation*<br>prepared adjournment letter and order | 0.45 at $ 90.00/hr | $ 40.50 |

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Orlando Ivey
128 Saratoga Avenue
Yonkers, NY 10705

| | |
|---|---|
| Invoice # | **20093** |
| Invoice Date | **06/24/2015** |
| For Services Through | **06/24/2015** |

| Date | Staff | Service | | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2013 | CO | *Loss Mitigation* | received and reviewed MDL from banks attorneys requesting that application include information on Carolyn Fulton (The Co Debtor who filed bankruptcy before) | 0.10 at $ 90.00/hr | $ 9.00 |
| 01/09/2014 | CO | *Loss Mitigation* | received and reviewed status letter filed bank banks attorneys | 0.15 at $ 90.00/hr | $ 13.50 |
| 01/09/2014 | CO | *Loss Mitigation* | email to Debtor re quit claim deed | 0.15 at $ 90.00/hr | $ 13.50 |
| 01/13/2014 | CO | *Loss Mitigation* | reviewed updated bank statements and utiliy bills provided by debtor; provided same to banks attorneys | 0.35 at $ 90.00/hr | $ 31.50 |
| 01/14/2014 | CO | *Loss Mitigation* | prepared adjournment letter | 0.20 at $ 90.00/hr | $ 18.00 |
| 03/25/2014 | HBB | *Draft* | review Drafted Status Report for loss mitigation; filed | 0.70 at $ 350.00/hr | $ 245.00 |
| 03/25/2014 | CO | *Loss Mitigation* | prepared status letter explaining status of case re: Carolyn Fulton information and Quit Claim Deed | 0.65 at $ 90.00/hr | $ 58.50 |
| 03/26/2014 | HBB | *Review* | Reviewed Status Letter from Lender's counsel and attedned hearing | 1.20 at $ 350.00/hr | $ 420.00 |
| 04/15/2014 | CN | *Draft* | Draft letter and submit revised package to land records department | 0.30 at $ 250.00/hr | $ 75.00 |
| 04/15/2014 | HBB | *Review* | Quit Claim Deed returned; Reviewed reasons for 2nd return and forwarded to Carl to resubmit | 0.60 at $ 350.00/hr | $ 210.00 |
| 04/27/2014 | HBB | *Review* | Reviewed new modification package | 1.10 at $ 350.00/hr | $ 385.00 |
| 04/27/2014 | CO | *Loss Mitigation* | all new financials to PHH (Formerly HSBC) attorneys | 1.50 at $ 90.00/hr | $ 135.00 |
| 05/14/2014 | CO | *Email* | requested update from banks attorneys | 0.10 at $ 90.00/hr | $ 9.00 |
| 05/19/2014 | HBB | *Meeting* | Met with client to discuss loss mitigation and quit claim deed issues | 1.00 at $ 350.00/hr | $ 350.00 |
| 05/20/2014 | CN | *Draft* | Draft and file adjournment letter | 0.20 at $ 250.00/hr | $ 50.00 |
| 05/30/2014 | CO | *Email* | requested update from banks attorneys | 0.10 at $ 90.00/hr | $ 9.00 |
| 06/05/2014 | CO | *Email* | requested update from banks attorneys | 0.10 at $ 90.00/hr | $ 9.00 |

Invoice submitted to:

Orlando Ivey
128 Saratoga Avenue
Yonkers, NY 10705

| | |
|---|---|
| Invoice # | **20093** |
| Invoice Date | **06/24/2015** |
| For Services Through | **06/24/2015** |

| Date | Staff | Task | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/05/2014 | HBB | *Review* <br> Reviewed Missing docs letter; discussed with Paralegal; forwarded request to Debtor | 0.55 at $ 350.00/hr | $ 192.50 |
| 07/05/2014 | HBB | *Correspondence* <br> emailed client regarding missing documents and urgency of getting them to us | 0.30 at $ 350.00/hr | $ 105.00 |
| 07/09/2014 | CO | *Loss Mitigation* <br> provided missing docs to banks attorneys; included 2013 tax returns, updated paystubs and Carolyn Fulton's bk discharge; email from PHH attorneys requesting legible copies of tax returns and paystubs; email to Debtor requesting same; informed that debtor was out of country would provide same upon return; requested consent to adjourn from PHH | 1.00 at $ 90.00/hr | $ 90.00 |
| 07/10/2014 | HBB | *Draft* <br> Prepared and filed status report | 0.70 at $ 350.00/hr | $ 245.00 |
| 07/15/2014 | CN | *Draft* <br> Draft and file adjournment letter | 0.30 at $ 250.00/hr | $ 75.00 |
| 07/16/2014 | CO | *Loss Mitigation* <br> Provided legible copies of 2013 Tax returns and paystubs | 0.40 at $ 90.00/hr | $ 36.00 |
| 07/23/2014 | CO | *Loss Mitigation* <br> received and reviewed mdl from PHH attorneys: requested updated pay information and PROOF OF QUIT CLAIM DEED FILING | 0.30 at $ 90.00/hr | $ 27.00 |
| 09/02/2014 | HBB | *Review* <br> Receipt of status letter requiring follow up on several items including hardship documentation. | 0.80 at $ 350.00/hr | $ 280.00 |
| 09/09/2014 | CO | *Loss Mitigation* <br> provided whole new financial package complete with 710 form signed by both Orlando and CArolyn, proof of quit claim deed being filed | 1.60 at $ 90.00/hr | $ 144.00 |
| 09/10/2014 | HBB | *Hearing* <br> Preparation and Appearance at Loss mitigation Hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 09/29/2014 | CO | *Loss Mitigation* <br> forwarded docs from Debtor to banks attorneys | 0.25 at $ 90.00/hr | $ 22.50 |
| 09/29/2014 | HBB | *Review* <br> Review of paystubs and bank statements faxed into us by client; forwarded to paralegal for submission to lender | 0.40 at $ 350.00/hr | $ 140.00 |
| 10/29/2014 | HBB | *Review* <br> Reviewed Temporary modification; sent same to client; discussed with client | 1.10 at $ 350.00/hr | $ 385.00 |
| 10/30/2014 | CO | *Loss Mitigation* <br> reviewed banks filed status letter | 0.13 at $ 90.00/hr | $ 11.70 |

Bronson Law Offices PC
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 877-385-7793

Invoice submitted to:

Orlando Ivey
128 Saratoga Avenue
Yonkers, NY 10705

| | |
|---|---|
| Invoice # | **20093** |
| Invoice Date | **06/24/2015** |
| For Services Through | **06/24/2015** |

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/04/2014 | CO | *Loss Mitigation*<br>prepared adjournment letter | 0.36 at $ 90.00/hr | $ 32.40 |
| 02/25/2015 | HBB | *Hearing*<br>Preparation and Appearance at Loss Mitigation hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 03/09/2015 | HBB | *Review*<br>Reviewed Permanent Modification and discussed with client | 1.70 at $ 350.00/hr | $ 595.00 |
| 06/05/2015 | HBB | *Draft*<br>Reviewed proof of claims and Prepared I and J to reflect modification and prepare for confirmation; made changes to Plan; Client signed off on changes when he came in and met with paralegal. | 1.50 at $ 350.00/hr | $ 525.00 |
| 06/05/2015 | CO | *Loss Mitigation*<br>Meeting with Debtor to finalize loan mod; changes to Chapter 13 Plan and Schedules I & J amendments | 1.00 at $ 90.00/hr | $ 90.00 |
| 06/05/2015 | CO | *Loss Mitigation*<br>drafted 9019 motion; CJN to review and file | 1.60 at $ 90.00/hr | $ 144.00 |
| 06/09/2015 | CN | *Review*<br>Review application to approve loan modification | 0.40 at $ 250.00/hr | $ 100.00 |
| 06/09/2015 | CN | *04.1 Case Administration-Loss Mitigation*<br>Finalize and file 9019 motion to approve loan modification | 0.30 at $ 250.00/hr | $ 75.00 |

In Reference To: **Loan Modification (Expenses)**

| Date | Staff | Description | | Amount |
|---|---|---|---|---|
| 05/10/2013 | HBB | *Miscellaneous*<br>Serving Loss Mitigation | $37.24 | $ 37.24 |
| 06/09/2015 | CO | *Certificate of Service-mailing*<br>Service of 9019 Motion via COS | $59.70 | $ 59.70 |

*Total Hours:  33.95 hrs*
*Total Service: $ 8,092.50*
*Total Expenses:  $ 96.94*
**Total Invoice Amount: $ 8,189.44**
**Previous Balance:  $ 0.00**
**Balance (Amount Due): $ 6,689.44**

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 6/24/2015 | Balance Adjustment | Credit towards loan modifcation as per retainer agreement | ($1,500.00) |