UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────── x

In re:                                                        Chapter 13
                                                           Case No. 13-22794

      Orlando Ivey

                             Debtor(s)

──────────────────────────────── x

## ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

        Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application(s)") for professional services rendered and expenses incurred during the period commencing April 22, 2013 through June 24, 2015; and a hearing having been held before this court to consider the Application(s) on July 29, 2015; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

        ORDERED that the Application(s) is /are granted to the extent set forth in the attached Schedules.[1]

Dated:  White Plains, New York
                _____, 20<u>15</u>

                                                           United States Bankruptcy Judge
                                                           Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.:                                    CURRENT INTERIM FEE PERIOD                            Schedule A

Case Name:                                   [Insert Date Range]

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Revised September 2011                          DATE ON WHICH ORDER WAS SIGNED: _____                          INITIALS: _____USBJ

Case No.:13-22794            FINAL FEE APPLICATION TOTALS            Schedule B

Case Name: Orlando Ivey

April 22, 2013 through June 24, 2015

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $12,084.50 | $2,750 | $377.94 | $281 |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: _____USBJ

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

Case No.: 13-22794  
Case Name: Orlando Ivey

Chapter 13 Fee Application  
April 22, 2013 through June 24, 2015

Schedule C

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| H. Bruce Bronson | $2,750 | $2,750 | $2,750 | $281 | $6,592.50 (plus $2,750 base) | $96.94 | $6,592.50 | $96.94 |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: _____USBJ

Case No.: 13-22794

Chapter 13 Fee Application

Schedule C

Case No.: 13-22794

Chapter 13 Fee Application

Schedule C

Revised September 2011		DATE ON WHICH ORDER WAS SIGNED: _____		INITIALS: _____USBJ