**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

In re:  Chapter 13
 Case No. 13-22794
 (RDD)

Orlando Ivey

 Debtor

_____x

# ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") under 11 U.S.C. §§ 329 and 330 and Bankruptcy Rule 2016 for professional services rendered and expenses incurred by counsel for the debtor herein from April 22, 2013 through June 24, 2015; and a hearing having been held before this court to consider the Application(s) on July 29, 2015; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

ORDERED that the Application is granted to the extent set forth in the attached Schedules "C" as an administrative expense under 11 U.S.C. § 507(a)(2).

Dated:  White Plains, New York
 August 3, 2015

 /s/ Robert D. Drain
 United States Bankruptcy Judge
 Southern District of New York

Case No.: 13-22794  
Case Name: Orlando Ivey

Chapter 13 Fee Application  
April 22, 2013 through June 24, 2015

Schedule C

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| H. Bruce Bronson | $2,750 | $2,750 | $2,750 | $281 | $6,067.50 (plus $2,750 base) | $96.94 | $6,067.50 | $96.94 |

Revised September 2011

DATE ON WHICH ORDER WAS SIGNED: 8/3/2015

INITIALS: RDD  USBJ